# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Sector | AM1 |
| Violation Number | 4735288 |
| Officer Name (Print) | Cpl Odetree |
| Officer No. | 032 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 23 July 2015 / 0853 | 32-5A-6-65 | | | ✓ |

**Place of Offense:** Andrews Ave + New Hatch Rd

**Offense Description:** Expired License Plate — April 2015

W/F/ Conus

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Glover | Hilary | V |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 19AL567 | AL | 10 | Ford Mustang | | Blk |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$50.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $75.00 Total Collateral Due

**YOUR COURT DATE:** TBD / TBD / TBD

X Defendant Signature: [signed]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 23 July, 2015, while exercising my duties as a law enforcement officer in the Middle District of Alabama

While on Patrol I observed a Black Mustang newer model displaying a Expired Tag. T/S was conducted, Driver was Identified as Glover, Hilary, I stated Reason for the stop. She stated oh my it is Expired (ie: suspended) Subject did not show any proof of Insurance. And did not want her vehicle towed. Vehicle was Towed by American Towing. CVB issued for Expired Tag. 1-1408 Issued for no Proof of Insurance.

Car # 5

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 23 July 2015  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident